**Exhibit A to the Complaint**

**Location:** Littleton, CO

**Total Works Infringed:** 31

**IP Address:** 71.229.145.41

**ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 22E756AB10195C299D4EF6CDE019BC534B8A8E62 | 07/11/2026 02:54:36 | Tushy | 06/20/2018 | 08/07/2018 | PA0002132405 |
| 2 | D270216F5AC599EFC005D4F6FE87398894D80CC4 | 07/11/2026 02:38:09 | Tushy | 07/10/2017 | 08/18/2017 | PA0002077678 |
| 3 | 2F37046EC89B3AD7ED74C2940723618BFD1A4721 | 07/11/2026 02:35:13 | Tushy | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 4 | 3891B0E63AF5A6DA44FBF619B01D608FE900A36A | 07/07/2026 17:23:18 | Blacked Raw | 03/07/2026 | 03/24/2026 | PA0002575256 |
| 5 | 388E7ED27703F4B83AC8FC4EA6512E7B4FBC5AEC | 07/07/2026 16:52:09 | Blacked Raw | 04/07/2019 | 05/28/2019 | PA0002200775 |
| 6 | 5AF65FC2F36FDE10482D4C645E22493BBB1E7A41 | 07/07/2026 15:29:48 | Blacked Raw | 05/25/2020 | 06/22/2020 | PA0002245633 |
| 7 | 0BB5878C704DFC0E351118465F287E7FD6355BA6 | 07/07/2026 14:10:19 | Blacked | 07/02/2026 | 07/08/2026 | PA0002592490 |
| 8 | F924D31F9AD3E1CF580C09FE752CD75B623BCBDE | 07/04/2026 18:54:31 | Tushy | 06/28/2026 | 07/01/2026 | PA0002591691 |
| 9 | 45CC8BD73B616C4DE063324ACF9048EC3D5E0B32 | 06/22/2026 09:16:04 | Tushy | 03/17/2019 | 04/08/2019 | PA0002164888 |
| 10 | A1D049D475923190FF3A7134A0D2B9F10D62914B | 06/22/2026 09:00:34 | Vixen | 09/26/2018 | 10/16/2018 | PA0002127776 |
| 11 | B56C320DF91A81F620DE09BF052BC98867A3D5CC | 06/22/2026 01:29:33 | Tushy | 01/01/2023 | 01/10/2023 | PA0002389579 |
| 12 | 3A537EE9DB3C9D1CC034969BB99F0D20491724A2 | 06/22/2026 00:01:59 | Blacked Raw | 06/01/2018 | 07/14/2018 | PA0002128077 |
| 13 | 5BDB88CC053754321CAEA4B05A39407BC845578E | 06/21/2026 16:35:09 | Tushy | 02/20/2020 | 03/18/2020 | PA0002241623 |
| 14 | A7B77E1226DA839D3A8F4DF03F9EF353E9E11502 | 06/19/2026 15:58:19 | Blacked | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 15 | DFC677B3BCF37A7E55404E3E5731941D2359FFB0 | 05/29/2026 18:16:45 | Blacked | 10/15/2022 | 11/01/2022 | PA0002378073 |
| 16 | 716BD92E139BE2039209B3F8C494B7A8356E4774 | 05/25/2026 17:52:17 | Blacked Raw | 11/21/2018 | 12/18/2018 | PA0002141915 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | F103172B7382861A1597A3EA6D209A37FF30AD15 | 05/21/2026 19:53:23 | Milfy | 05/20/2026 | 05/29/2026 | PA0002586633 |
| 18 | A221A8E1310F5F782B58AB8FE3FB2A2D37F24DB9 | 04/28/2026 01:03:46 | TushyRaw | 04/26/2026 | 05/06/2026 | PA0002582405 |
| 19 | 962F5253A2A69B760E058F3864B9403F8E96F269 | 04/10/2026 10:32:16 | Milfy | 04/08/2026 | 04/24/2026 | PA0002582390 |
| 20 | FE2ED6E721C3F65B2C8C0FA131C1CB319AEFC3BA | 04/05/2026 15:18:53 | Blacked Raw | 05/26/2025 | 06/09/2025 | PA0002534204 |
| 21 | 18F37A18FE1AC5E6CEFE5CA0F702EDAF5E3130C4 | 04/05/2026 15:15:07 | Blacked Raw | 08/08/2022 | 08/30/2022 | PA0002367749 |
| 22 | 8602136351C541A198FE75D5D04264F47FBCB1A8 | 04/05/2026 15:14:28 | Blacked Raw | 01/06/2026 | 01/26/2026 | PA0002563060 |
| 23 | 8FB6573A3C1080BC359C67D2F68274430D852047 | 03/07/2026 23:00:24 | Tushy | 09/03/2017 | 09/15/2017 | PA0002052851 |
| 24 | 81D42492975334B332A7CE760DB734759D4626B5 | 03/07/2026 12:32:51 | Blacked Raw | 07/31/2018 | 09/05/2018 | PA0002134603 |
| 25 | AB680670C2B3056DD3F1F0F46DCBC9F41F6495E4 | 03/07/2026 12:22:21 | Blacked | 02/27/2021 | 03/08/2021 | PA0002280373 |
| 26 | 2EA0290F13E4A4197E055E913DFCD0B58D85DF2B | 03/07/2026 12:19:10 | Tushy | 10/13/2018 | 11/01/2018 | PA0002143435 |
| 27 | 7B364338CD90FC951B3F536B186EBA30DE4246FC | 03/07/2026 03:34:24 | Blacked Raw | 11/28/2018 | 01/22/2019 | PA0002149836 |
| 28 | C66CCF008783E09955E589F2A159E4C1D85F3E2A | 03/06/2026 18:07:07 | Tushy | 03/01/2026 | 03/09/2026 | PA0002572009 |
| 29 | 2A620D10503CE877DD7D3F16CF42B30BBA1181BB | 03/04/2026 03:32:24 | Blacked Raw | 03/02/2026 | 03/09/2026 | PA0002572016 |
| 30 | 97457CF87A27F979C1F1852E606C78F0DD74375F | 02/26/2026 16:05:12 | Blacked | 02/22/2026 | 03/09/2026 | PA0002572171 |
| 31 | 9C47D6A7604F8786AFF116CA37CD24C3C23A36D5 | 02/16/2026 21:35:45 | Vixen | 08/04/2023 | 08/17/2023 | PA0002425763 |